796 A.2d 221

IN THE MATTER OF CARMINE R. ALAMPI,
AN ATTORNEY AT LAW.

April 30, 2002.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 01–070, concluding that **CARMINE R. ALAMPI** of **ENGLEWOOD CLIFFS,** who was admitted to the bar of this State in 1977, should be suspended from the practice of law for a period of three months on the basis of respondent's guilty plea to the federal misdemeanor of aiding and abetting illegal campaigning contributions in violation of 18 *U.S.C.A.* § 2 and 2 *U.S.C.A.* § 441f, conduct in violation of *RPC* 8.4(b) (commission of criminal act that reflects adversely on attorney's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **CARMINE R. ALAMPI** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective May 25, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.